# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**MARK W. DOBRONSKI**,

  Plaintiff,

**v.**

**COMMITTEE FOR POLICE OFFICERS DEFENSE, INC.**,

  Defendant.

**Case No. 4:26-cv-10220-FKB-CI**

## JOINT NOTICE OF SETTLEMENT

Plaintiff  Mark W. Dobronski and Defendant Committee For Police Officers Defense, Inc., pursuant to E.D. Mich. LR 41.1, respectfully notify the Court that the parties have reached a settlement in principle to fully resolve Plaintiff's claims in this matter. They anticipate completing the settlement and submitting a joint stipulation of dismissal, with prejudice, within 21 days.

Date: March 11, 2026                    Respectfully submitted,

_/s/ Joseph P. Bowser_
Joseph P. Bowser
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Tel: (804) 441-8701
Fax: (804) 441-8438
jbowser@rothjackson.com

_Counsel for Defendant_

s/ with consent of Mark W. Dobronski
Mark W. Dobronski
PO Box 99
Dexter, MI 48130

_Plaintiff Pro Se_

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 11, 2026, I electronically filed the foregoing notice with the

Clerk of Court using its CM/ECF system and sent a copy via U.S. Mail to Plaintiff.

Mark W. Dobronski
PO Box 99
Dexter, MI 48130

<u>/s/ *Joseph P. Bowser*</u>
Joseph P. Bowser

2